IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JENNIFER OWENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-13-577-L |
| ) | |
| CAROLYN W. COLVIN, acting ) | |
| Commissioner Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

On April 17, 2014, Magistrate Judge Suzanne Mitchell entered a Report and Recommendation in this action brought by plaintiff Jennifer Owens for judicial review of the Commissioner of the Social Security Administration's (Commissioner's) final decision denying her applications for disability insurance benefits and supplemental security income payments under the Social Security Act. The Magistrate Judge recommended that the Commissioner's decision be affirmed.

The court file reflects that no party has filed a timely written objection to the Report and Recommendation within the time limits provided.

Upon *de novo* review, the court finds that the Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly, the decision of the Commissioner is **AFFIRMED.**

It is so ordered this 12th day of May, 2014.

/s/ Tim Leonard
TIM LEONARD
United States District Judge